UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

REAL ESTATE LOCATED AT 213 NORTH
MAIN STREET, INA, JEFFERSON
COUNTY, ILLINOIS,

        Defendant.

Case No. 06-cv-1024-JPG

**MEMORANDUM AND
ORDER TO SHOW CAUSE**

       This matter comes before the Court for case management purposes.  It appears from the unsworn statement attached to the Complaint for Forfeiture that George Chavez is the owner of the real property sought to be forfeited.  The record reflects that the government has sent the Notice of Complaint for Forfeiture (Doc. 4) and the Complaint for Forfeiture (Doc. 2) to Chavez pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions G(4)(b) via certified mail (Doc. 8).  However, 18 U.S.C. § 985(c)(1)(C) requires that the Notice of Complaint for Forfeiture and Complaint for Forfeiture be "served," not just "sent," to the property owner.  There is nothing in the file showing that the government has *served* Chavez with the notice and complaint in a manner contemplated by Federal Rule of Civil Procedure 4(e) for service on an individual.

       The Court further notes that the Notice of Complaint for Forfeiture (Doc. 4) directs a claimant to file his or her claim with the Office of the Clerk, United States District Court for the Southern District of Illinois, *402 West Main Street, Suite 2A,* Benton, Illinois.  The address given is not the address of the Clerk of Court but the address of the United States Attorney's office.

Thus, claimants have misled as to the proper address to file a claim with the Court.

For these reasons, the Court has concerns that entry of judgment in this case at this time is not proper.  To allay these concerns, the Court **ORDERS** the government to **SHOW CAUSE** on or before May 4, 2007, why the Court should not vacate the entries of default in this case based on improper notices and/or service.

**IT IS SO ORDERED.**
**DATED:  April 17, 2007**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**

2